# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of June, two thousand twenty-five.

Before: Sarah A. L. Merriam,
     *Circuit Judge.*

---

Andrew E. Roth,

   Plaintiff - Appellant,

 v.

CK Amarillo LP, CK Amarillo GP, LLC, Certares Opportunities LLC, Certares Management LLC, Knighthead Capital Management, LLC, Hertz Global Holdings, Inc.,

   Defendants - Appellees.

---

**ORDER**

Docket No. 25-1084

Appellant requests permission to withdraw the stipulation dated May 30, 2025, and requests the Court hold this appeal in abeyance pending the Supreme Court's disposition of forthcoming *certiorari* petitions in 2d Cir. Nos. 24-2464 and 24-2761. Appellees oppose the request.

IT IS HEREBY ORDERED that the request to withdraw the stipulation is DENIED. Appellant has not shown good cause to permit withdrawal of the stipulation into which he voluntarily entered, and he certainly has not demonstrated "that it would be manifestly unjust to deny" his motion. *Compania Trasatlantica Espanola, S.A. v. Hartford Acc. & Indem. Co.*, 950 F.2d 105, 107 (2d Cir. 1991) (citation and quotation marks omitted).

     For the Court:
     Catherine O'Hagan Wolfe,
     Clerk of Court

